# United States Court of Appeals
## For the First Circuit

No. 04-2409

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,

Plaintiff, Appellee,

v.

GUILFORD TRANSPORTATION INDUSTRIES, INC., ET AL.,

Defendants, Appellants.

ERRATA SHEET

The opinion of this Court issued on February 28, 2005 is corrected as follows:

On page 28, line 12, change "FLA" to "RLA"